# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORELIE GRANADA,<br><br>           Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>           Defendant. | Case No. 2:10-cv-01510-PMP-PAL<br><br>**ORDER** |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #4) entered September 7, 2010, regarding removal of this case to federal district court. On September 3, 2010, Defendant removed this case from state court to federal court. Since that time, however, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., October 29, 2010,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 15th day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge